**FILED: 10/20/11**

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO BECERRA MEDINA, | No.  CV-11-06004 GHK (DTBx) |
| Petitioner, | |
| v. | |
| ERIC H. HOLDER, JR., *et al.*, | |
| Respondents. | |

## (~~Proposed~~) ORDER

Pursuant to the Joint Stipulation of Dismissal agreed to by the parties in this action and filed on October 18, 2011, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE.

Dated:   10/20/11          _____

GEORGE H. KING
UNITED STATES DISTRICT JUDGE